J. D. SMITH Co., INC. *v.* UNITED STATES

**No. 6451.**—Invoice dated London, England, March 1945.
Certified April 1945.
Entered at New York, N. Y., April 19, 1945.
Entry No. 728585.

(Decided October 17, 1946)

*Jerome G. Clifford* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

MORTON SUNDOUR Co., INC. *v.* UNITED STATES

**No. 6452.**—Invoices dated Carlisle, England, September 17, 1941, etc.
Entered at New York, N. Y., November 6, 1941, etc.
Entry No. 723285, etc.

(Decided October 24, 1946)

*Brooks & Brooks* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

KINCHELOE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.